UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lee Elliott, | Civ. No. 21-2001 (PAM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| JBM Patrol and Protection, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 39.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and without attorney's fees, costs, or expenses to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, December 1, 2022

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge